IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUL -5  AM 8: 32

| | | |
|---|---|---|
| JESSIE GARRISON,<br>   PLAINTIFF, | § § § | |
| V. | § § | |
| FINANCIAL CREDIT SERVICES, INC.<br>D/B/A ASSET RECOVERY<br>ASSOCIATES AND WESTERN<br>SURETY COMPANY,<br>   DEFENDANTS. | § § § § | CAUSE NO. 1:16-CV-458-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order of dismissal, by which the court dismissed all claims against defendant with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**SIGNED** this ___1st___ day of _July_, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE